ACCEPTED
14-14-00932-cv
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/3/2015 12:55:45 PM
CHRISTOPHER PRIN
CLERK

No. 14-14-00899-CV

No. 14-14-00932-CV

Mayor ANNISE PARKER and
CITY OF HOUSTON,
  Appellants,

v.

JACK PIDGEON and LARRY
HICKS,
  Appellees.

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/3/2015 12:55:45 PM
CHRISTOPHER A. PRINE
Clerk

Fourteenth Court of Appeals

Houston, Texas

### Appellees' Motion to Extend Deadline to File Brief

The Appellees ask the Court to extend their deadline to file their brief in these cases through March 13, 2015. This would be their second extension in the '899 case (in which the current deadline is February 27) and their first extension in the '932 case (in which the current deadline is February 17).

The Appellees are, simultaneously with this motion, asking the Court to allow them to supplement the record with materials from previous iterations of this case. Part of that requested supplement is a transcript of a December 20, 2013, hearing conducted before the trial court in the previous iteration of this case. They haven't yet received that transcript. They cannot finalize their briefs without it. They expect to receive the transcript this week, but they request a longer extension to make it less likely that they will have to come to the Court seeking leave again.

There is additional good cause for the extension in both cases: The Appellees' lead appellate counsel was incapacitated for several days due to back spasms and was unable to work on the brief. Further, due to the overlap in time periods, the delays and obligations described in the Appellees' motion for extension in the '899 case are good cause for an extension in the '932 case.

This extension won't prejudice the appellants. They also received 30-day extensions on the deadlines for their briefs in both cases, and the rulings below are stayed by operation of law because the appellants are a Texas government and a mayor acting in her official capacity.

The Appellees pray that the Court extend their deadline to file their brief through March 13. They further pray for all other relief to which they may be entitled.

Respectfully submitted,

THE OLSON FIRM PLLC

/s/ Leif A. Olson
Leif A. Olson
  Texas Bar No. 24032801
  leif@olsonappeals.com
PMB 188
4830 Wilson Road, Suite 300
Humble, Texas 77396
(281) 849-8382

WOODFILL LAW FIRM, P.C.
Jared R. Woodfill
  State Bar No. 00788715

jwoodfill@woodfilllaw.com
Robert Talton
  State Bar No. 19629800
  rtalton@woodfilllaw.com
3131 Eastside, Suite 450
Houston, Texas 77098
(713) 751-3080

Texas Values
Jonathan M. Saenz
  State Bar No. 24041845
  jsaenz@txvalues.org
900 Congress, Suite 220
Austin, Texas 78701
**Counsel for appellees**

## Certificate of Conference

I conferred with Kate Alsina, counsel for the appellants, regarding this motion. She informed me that the appellants oppose this motion to the extent that the requested extension is based on the absent transcript and the simultaneous request to supplement the record.

/s/ Leif A. Olson

## Certificate of Service

On March 3, 2015, I served this motion upon the appellants' counsel by electronic filing:

Judith Ramsey (judith.ramsey@cityofhouston.gov)
Kathleen Hopkins Alsina (kate.alsina@cityofhouston.gov)
Darah Eckert (darah.eckert@cityofhouston.gov)
David Red (david.red@cityofhouston.gov)
John Wallace (john.wallace@cityofhouston.gov)
City of Houston Legal Department
900 Bagby, Fourth Floor
Houston, Texas 77002        /s/ Leif A. Olson